**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dale Allen Harrington, | ) | No. CV06-0048-PHX-SRB |
| Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Dora B. Schriro, et al. | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on January 5, 2006, claiming that the trial court violated his Sixth and Eight Amendment rights. On April 27, 2006, Respondents filed their response to Petitioner's Petition for Writ of Habeas Corpus arguing that Petitioner's petition was untimely filed. On March 11, 2008, the Magistrate Judge issued his Report and Recommendation recommending that the petition be dismissed as untimely.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1      IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

DATED this 8th day of April, 2008.

_____
Susan R. Bolton
United States District Judge

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

DATED this 8th day of April, 2008.

_____
Susan R. Bolton
United States District Judge